

*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

Nos. 04-10-00160-CR & 04-10-00161-CR

Uriel **MENDOZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2007CR5168 & 2007CR5169
Honorable Dick Alcala, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
                Sandee Bryan Marion, Justice
                Phylis J. Speedlin, Justice

Delivered and Filed: March 10, 2010

DISMISSED

Uriel Mendoza filed notices of appeal seeking to appeal from sentences imposed in the underlying causes on April 30, 2009. The judgments were in accordance with Mendoza's plea bargain agreements, and the records do not contain trial court's certifications showing Mendoza has the right of appeal. Accordingly, the appeals are dismissed. *See* TEX. R. APP. P. 25.2(d).

PER CURIAM

DO NOT PUBLISH